IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 26 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-01764-PAB-KMT

ROSE W. NJUGUNA,

    Plaintiff,

v.

LCS FINANCIAL CORPORATION,

    Defendant.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

This matter comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It is

ORDERED that the United States Marshal shall serve a copy of the sealed complaint, the summons, the order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. All costs of service shall be advanced by the United States.

    DATED July 25, 2011.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01764-PAB

Rose W. Njuguna
14129 E. Dickinson Dr., #D
Aurora, CO 80014

US Marshal Service
Service Clerk
Service forms for: LCS Financial Corporation

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on LCS Financial Corporation: SEALED TITLE VII COMPLAINT FILED 07/05/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on July 26, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk